IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | : | CRIMINAL ACTION NO. |
| v. | : | 1:10-cr-0519-AT-AJB |
| | : | |
| MOSES A. DAMIANI, JUSTIN SAULTERS, DAMON J. SAULTERS, WADDELL WHITE, TODD MILTON IVERY, and WILLIE WILSON, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation as to Defendant Moses Damiani's motion to suppress statements, Defendant Willie Wilson's motion for disclosure of items or statements arguably subject to suppression and motion to suppress, Defendant Todd Milton Ivery's amended motion to suppress, Defendants Damon Saulters, Moses Damiani, Justin Saulters, and Waddell White's respective motions for relief from prejudicial joinder/misjoinder, severance and separate trials, and Defendant Damon Saulters' motion to strike surplusage from the indictment [Doc. 155].

Following the filing of the Report and Recommendation, several defendants in this action have entered guilty pleas and are currently awaiting sentencing. Defendant Willie Wilson entered a guilty plea on November 23, 2011 [Doc. 160]. Defendants Justin Saulters and Damon Saulters both entered guilty pleas on February 21, 2012 [Docs. 174 & 176]. Accordingly, the Court **DEEMS AS MOOT** the pending pretrial motions as to those defendants.

The Court notes that no objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 59 of the Federal Rules of Criminal Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error and finds none. Accordingly, the Court receives the Magistrate Judge's Report and Recommendation with approval and hereby **ADOPTS** the Report and Recommendation as the opinion of this Court as to the remaining Defendants Damiani, White, and Ivery.

**Conclusion**

This Court receives with approval and **ADOPTS** the Magistrate Judge's Report and Recommendation as to Defendants Damiani, White, and Ivery [Doc. 155]. Defendant Damiani's motion to suppress statements [Doc. 51] is **DENIED**. Defendants Damiani and White's respective motions for relief from prejudicial

2

joinder/misjoinder, severance, and separate trials [Docs. 54 & 144] are both **DENIED**. Defendant Ivery's amended motion to suppress [Doc. 133] is **DENIED**. Defendant Ivery's motion for an extension of time to file motions [Doc. 123] is **TERMINATED**; the motion was taken under advisement by the Magistrate Judge at the pretrial conference on August 10, 2011, and this case was certified ready for trial on September 23, 2011. Defendants Justin Saulters and Damon Saulters' respective motions to allow participation in voir dire and motions for relief from prejudicial joinder/misjoinder, severance, and separate trials [Docs. 44, 48, 59, 62 & 132] are **DEEMED MOOT**. Defendant Damon Saulters' motion to strike surplusage from the indictment [Doc. 132] is also **DEEMED MOOT**.

Defendants Damiani, Ivery, and White's respective motions to allow participation in voir dire [Docs. 53, 122 & 143] are **GRANTED**. This case is set for trial beginning April 23, 2012, at 1:30 PM in Courtroom 2308. The pretrial conference will be held April 12, 2012, at 2:30 PM in Courtroom 2308. By 5:00 PM on Tuesday, April 3, 2012, the parties are to submit the following: jury charges, motions in limine, exhibit list, witness list, and voir dire questions; the Government must submit a brief statement of facts the parties can rely on for voir dire, and the Defendants may submit such statements if they choose. By 5:00 PM

3

on Tuesday, April 10, 2012, the parties are to submit any objections to those items listed above.

It is so **ORDERED** this 26th day of March, 2012.

_____
Amy Totenberg
United States District Judge